JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN COOLEY, | CV 11-00136-MMM(VBKx) |
| Plaintiff(s), | ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE |
| vs | (Pursuant to Local Rule 41) |
| EQUIFAX INC., | |
| Defendant(s). | |

On May 16, 2011, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

A written response to the Order to Show Cause was ordered to be within seven (7) days of the date of the Order to Show Cause.

No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: May 31, 2011

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE